UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Estate of Robert Pardy,
through its administrators
Kyley Gobin and Sara Pardy; and
Estate of Cody Pardy, through
its administrator Dorothy Ferland,
    Plaintiffs

    v.                                    Civil No. 09-cv-192-SM
                                        Opinion No. 2010 DNH 086
Alabama Farmers Cooperative, Inc.
d/b/a Bonnie Plant Farm; and
Highlands Fuel Delivery, LLC; and
Johnson & Dix Fuel Corporation,
    Defendants


O R D E R


Defendant Alabama Farmers Cooperative ("AFC") moves to dismiss two of the three cross-claims brought against it by defendant Highlands Fuel Delivery: intentional spoliation of evidence (count one) and negligent spoliation of evidence (count two). That motion is granted.

Highland's spoliation cross-claims fail for at least two reasons. First, the New Hampshire Supreme Court has yet to recognize a common law tort claim for spoliation of evidence. See Rodriguez v. Webb, 141 N.H. 177, 179 (1996). See also Cavadi v. Bank of America, N.A., No. 07-cv-224-PB, 2008 DNH 066 at *3 (D.N.H. April 1, 2008).

Second, even if New Hampshire did recognize such a cause of action, Highlands alleges that AFC allowed the loss, theft, or destruction of irrelevant evidence (i.e., the furnace's burner unit).  Plaintiffs claim that their decedents died as a result of carbon monoxide poisoning, caused by "an extremely rusted and corroded exhaust pipe from the furnace [to the chimney, which] had collapsed and fallen" to the floor.  Amended complaint (document no. 15) at para. 27.  There is no suggestion that the now-missing burner played any role in the decedents' deaths (other than by performing its intended function of igniting fuel and, as a byproduct, producing carbon monoxide).  And, Highland has failed to articulate how the loss of that burner (and Highland's inability to subject it to inspection and/or testing) in any way hinders its ability to defend this litigation.

Alabama Farmer's Cooperative's motion to dismiss counts one and two of Highlands' cross-claims (document no. 47) is granted.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 24, 2010

cc:   Arend R. Tensen, Esq.
      Stephen J. Schulthess, Esq.
      Debbie L. Makris, Esq.
      Eric D. Jones, Esq.
      John A. Hobson, Esq.
      Marc B. Heath, Esq.
      David P. Cullenberg, Esq.
      Randy J. Creswell, Esq.
      R. Matthew Cairns, Esq.